PHILO T. RUGGLES, AS RECEIVER, ETC., APPELLANT, *v.* ORLOW W. CHAPMAN, AS SUPERINTENDENT OF THE INSURANCE DEPARTMENT, IMPLEADED, DEFENDANT AND RESPONDENT.

*Insurance Department — securities deposited with — power of Superintendent — § 6, chapter 463, 1853.*

By section 6, of chapter 463, of Laws of 1853, all life insurance companies are required to deposit with the Comptroller of the State of New York, the sum of $100,000 in certain stocks and securities in the said act specified, to be held as security for policy-holders in the company, the seventeenth section making special provision for the application of such securities by proceedings to be instituted in the Supreme Court by the Comptroller, through the Attorney-General. By chapter 366, of the Laws of 1859, all the powers and duties created and given.to the Comptroller by the act of 1853, were transferred from that officer to the Superintendent of the Insurance Department. *Held*, that the deposited securities are a special fund for the security of policy-holders, primarily, and that their rights may be protected by the Superintendent, in the mode pointed out by the act of 1853, and that that officer is at liberty to hold the securities and enforce or dispose of them under proceedings authorized by the court, and is not bound to hand them over to a receiver appointed by a local tribunal, under the Revised Statutes, for the benefit of general creditors.

CASE submitted upon an agreed state of facts, in pursuance of section 372, of the Code.

*John L. Hill*, for the plaintiff and appellant.

*Fred. H. Betts*, for the defendant and respondent.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Judgment ordered for the defendant.